EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JOHN FITZGERALD, : Civil Action No. 1:20-cv-14891-KMW-EAP

Plaintiff, : Hon. Karen M. Williams, U.S.D.J.
: Hon. Elizabeth A. Pascal, U.S.M.J.

vs.

: **STIPULATION OF DISMISSAL WITH**
GLENN INSURANCE, INC. : **PREJUDICE**

Defendant.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff and the defendant that the within action shall be, and the same hereby is dismissed in its entirety as to defendant with prejudice and without costs and/or attorneys' fees to any party.

| | |
|---|---|
| **CONSOLE MATTIACCI LAW, LLC**<br>Attorneys for Plaintiff | **WILSON, ELSER, MOSKOWITZ,**<br>**EDELMAN & DICKER LLP**<br>Attorneys for Defendant |
| By: _____<br>Daniel S. Orlow, Esq. | By: _____<br>Laura A. Stutz, Esq. |
| Dated: December _20_, 2023 | Dated: ~~December ___, 2023~~   January 23, 2024 |

So Ordered this 24th day of January, 2024

*Karen M. Williams*

---
KAREN M. WILLIAMS
United States District Judge

9